BRYAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; Rule 45, Ala. R.App. P.; Ex *835 parte Fann, 810 So.2d 631 (Ala.2001); Lamb v. Lamb, 939 So.2d 918 (Ala.Civ.App.2006); L.L.M. v. S.F., 919 So.2d 307 (Ala.Civ.App.2005); Headrick v. Headrick, 916 So.2d 610 (Ala.Civ.App.2005); Mann v. Mann, 725 So.2d 989 (Ala.Civ.App.1998); I.M. v. J.P.F., 668 So.2d 843 (Ala.Civ.App.1995); and Clemons v. Clemons, 627 So.2d 431 (Ala.Civ.App.1993).
THOMPSON and PITTMAN, JJ, concur.
CRAWLEY, P.J., concurs in the result, without writing.
MURDOCK, J., dissents, with writing.